IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01525-LTB-KLM

U.S. BANK NATIONAL ASSOCIATION, as Trustee, as successor in interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the registered holders of Bear Stearns Commercial Mortgage Securitie,

       Plaintiff,

v.

WESTLAND PLAZA LLC, a limited liability company,
MARKO C. BURNS, an individual, and
BRUCE I. SHAPIRO, an individual,

       Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the **Unopposed Motion of Plaintiff to Amend Scheduling Order's Deadline to Seek to Amend Complaint** [#17][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#17] is **GRANTED**. The Scheduling Order entered on October 20, 2014 [#15], is amended to extend the following deadline:

- Deadline for Joinder of Parties and Amendment     **November 18, 2014**
  of Pleadings

Dated: November 12, 2014

_____

[1] "[#17]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.