IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01525-LTB-KLM

U.S. BANK NATIONAL ASSOCIATION, as Trustee, as successor in interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the registered holders of Bear Stearns Commercial Mortgage Securitie,

    Plaintiff,

v.

WESTLAND PLAZA LLC, a limited liability company,
MARKO C. BURNS, an individual, and
BRUCE I. SHAPIRO, an individual,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion of Plaintiff for Second Amendment to Scheduling Order's Deadline to Seek to Amend Complaint** [#20][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**. The Scheduling Order entered on October 20, 2014 [#15] and amended on November 12, 2014 [#19], is modified to extend the following deadline:

- Deadline for Joinder of Parties and Amendment of Pleadings     **November 21, 2014**

    Dated: November 19, 2014

---

[1] "[#20]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.