**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 14-cv-01525-LTB-KLM

U.S. BANK NATIONAL ASSOCIATION, as Trustee, as successor in interest to Bank of America, National Association, as successor by merger to LaSalle Bank National Association, as Trustee for the registered holders of Bear Stearns Commercial Mortgage Securities Inc., Commercial Mortgage Pass-Through Certificates, Series 2007-PWR 16, successor to Bear Stearns Commercial Mortgage, Inc.,

      Plaintiff,

v.

WESTLAND PLAZA, LLC, a limited liability company,
MARKO C. BURNS, an individual, and
BRUCE I. SHAPIRO, an individual,

      Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 29 - filed March 10, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** except for any claim under or pursuant to Sections 13.3.1 and 13.4 (to the extent, if any, it is applicable and relates to Section 13.3.1) of the Security Instrument and/or Section 1(viii) of the Indemnity which claims are **DISMISSED WITHOUT PREJUDICE**, each party to pay their own fees and costs.

                                   BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   March 11, 2015